**CLERK'S OFFICE U.S. DIST. COURT**
**AT ROANOKE, VA**
**FILED**

Sept. 29, 2016

**JULIA C. DUDLEY, CLERK**
**BY:** A. Melvin
**DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT DAVID BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:15-cv-00196 |
| | ) | |
| CAROLYN COLVIN, ACTING | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | By: Elizabeth K. Dillon |
| ADMINISTRATION, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is

hereby ORDERED that:

1.      The August 2, 2016 report and recommendation (Dkt. No. 26) is ADOPTED in its

entirety;

2.      The plaintiff's motion for summary judgment (Dkt. No. 16) is DENIED;

3.      The commissioner's motion for summary judgment (Dkt. No. 20) is GRANTED;

4.      The commissioner's decision is AFFIRMED; and

5.      This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all

counsel of record.

Entered: September 29, 2016.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge